UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      - v -

Alberto Pagan,

03 CR 1241-01 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

     The CJA attorney on duty today, Susan Kellman is appointed to represent the defendant. A conference is scheduled for October 3, 2022 at 11:00 am in Courtroom 12 A, 500 Pearl Street, New York, NY.

*Loretta A. Preska*

LORETTA A. PRESKA
Senior United States District Judge

Dated: September 14, 2022
New York, New York